## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: PARKER, DONNA | § | Case No. 05-30415 |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
DAVID P. LEIBOWITZ                         , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:30am on 05/25/2010 in Courtroom 644, United States Courthouse,
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL  60604 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/27/2010            By:  /s/DAVID P. LEIBOWITZ
                                                        Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100
trustee@lakelaw.com

**UST Form 101-7-NFR (9/1/2009)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: PARKER, DONNA                    §    Case No. 05-30415
                                        §
                                        §
Debtor(s)                               §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $_____15,000.85

*and approved disbursements of*               $_____0.00

*leaving a balance on hand of* [1]            $_____15,000.85

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID P. LEIBOWITZ | $ 2,250.09 | $ 464.96 |
| Attorney for trustee | Lakelaw | $ 10,000.00 | $ 695.92 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,451.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | RMI/MCSI | $ 125.00 | $ 30.73 |
| 2 | United Collection Bureau, Inc. | $ 173.00 | $ 42.52 |
| 3 | Capital One Auto Finance | $ 3,429.20 | $ 842.91 |
| 4 | Midland Credit Management | $ 405.24 | $ 99.61 |
| 5 | Midland Credit Management | $ 1,318.59 | $ 324.11 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.


Prepared By:   /s/DAVID P. LEIBOWITZ
                          Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100
trustee@lakelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch                Page 1 of 2          Date Rcvd: Apr 28, 2010
Case: 05-30415               Form ID: pdf006             Total Noticed: 48

The following entities were noticed by first class mail on Apr 30, 2010.
```
db           +Donna Parker,   8320 S. Paxton,   Chicago, IL 60617-1852
aty          +Allan G Sweig,   Leibowitz Law Center,   420 Clayton Street,    Waukegan, IL 60085-4216
aty          +James L Hardemon,   Legal Remedies, Chartered,   8527 S Stony Island,   Chicago, IL 60617-2247
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,    Waukegan, IL 60085-4216
9645657      +AA Rayner Funeral Home,   318 E. 71st,   Chicago, IL 60619-1193
9645658      +Aronson Furniture,   3401 W. 47th Street,   Chicago, IL 60632-2997
9645664      +CITI,   PO BOX 6500,   Sioux Falls, SD 57117-6500
9645661      +Capital One Bank,   PO BOX 85015,   Richmond, VA 23285-5015
9645660      +Capital One Bank,   P.O. Box 85520,   Richmond, VA 23285-5520
9645662       Chicago Municipal Ct. 1st Dist.,   Daley Center,   CHICAGO, IL 60602
9645665      +Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
9645666       Credit Protection Association,   1355 Noel RD Suite 2,   Dallas, TX 75240
9645667      +Evergreen Finance,   15551 South 94th Avenue,   Orland Park, IL 60462-4720
9645671      +FRD Motor cr,   12110 Emmet,   Omaha, NE 68164-4263
9645669       First National Bank of Marin,   PO Box 98873,   Las Vegas, NV 89193-8873
9645670      +First Premier Bank,   601 S. Minnesota Avenue,   Sioux Falls, SD 57104-4868
9645668      +First national Bank of America,   PO Box 1651,   Rockville, MD 20849-1651
9645674      +HHLD Bank,   1441 Schilling Place,   Salinas, CA 93901-4543
9645675      +Inovision,   150 Cross Point PAR,   Getzville, NY 14068-1602
9645677      +LSE/Summit Acceapt,   3901 North Dalas Tollway,   Plano, TX 75093-7864
9645676      +Lou Harris Company,   613 Academy Drive,   Northbrook, IL 60062-2420
9645688     ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: NCO-MEDCLR,   P.O. Box 8547,   Philadelphia, PA 19101)
9645678      +Marlinit,   100 Glen St,   STE 300,   Glens Falls, NY 12801-4422
9645680       Midland,   5575 Roscoe Court,   San Diego, CA 91823
9645679       Midland,   5575 Roscoe Court,   San Diego   91823
9645682      +Midland Credit Management,   5775 Roscoe CT,   San Diego, CA 92123-1356
9645681      +Midland Credit Management,   4310 E. Broadway,   Phoenix, AZ 85040-8808
9645683      +Midland Credit Management,   8875 Aero Drive,   San Diego, CA 92123-2251
9645684      +Nationwide Credit Inc,   6190 Powers Ferry Rd,   Atlanta, GA 30339-2917
9645686      +Nationwide Credit Inc,   6190 Powers Ferry Rd,   Atlanta, GA 30339-2917
9645685      +Nationwide Credit in,   6190 Powers Ferry Rd-Ste,   Atlanta, GA 30339-2917
9645687      +Nationwide credit inc,   6190 Powers Ferry Rd-Ste,   Atlanta, GA 30339-2917
9645690      +ONB Finance Co,   2345 S Lynhurst Dr,   Indianapolis, IN 46241-8630
9645691       ONB Finance Company,   2345 S. Lynhurst Drive St. 210,   Indianapolis, IN 46241
9645692      +OSI,   2425 Commerce Avenue,   Duluth, GA 30096-8913
9645693      +OSI Collection,   P O Box 3030,   200 Metroplex Drive,   Edison, NJ 08817-2601
9645694      +Park Danson,   113 W. 3rd Avenue,   P.O. Box 248,   Gastonia, NC 28053-0248
9645695      +Peoples Energy,   Attn: Bankruptcy Department,   130 East Randolph Drive,
              Chicago, IL 60601-6302
9645696      +Portfolio Acquistions,   2425 Commerce Ave St,   Duluth, GA 30096-8913
9645697      +Providian Financial,   PO BOX 9007,   Pleasanton, CA 94566
9645698      +RMI/MCSI,   PO Box 666,   Lansing, IL 60438-0666
9645699      +Russell Collection A,   G-3285 Van Slyke Rd,   Flint, MI 48507-3278
9645700      +The university of Chicago Hospital,   1122 Paysphere Circle,   Chicago, IL 60674-0011
9645701      +United Collection Bureau, Inc.,   5620 Southwyck Blvd.,   Suite 206,   Toledo, OH 43614-1501

The following entities were noticed by electronic transmission on Apr 28, 2010.
10549510     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 29 2010 00:13:44
              Capital One Auto Finance,   c/o Ascension Capital Group,   POB 201347,
              Arlington, TX 76006-1347
9645659      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 29 2010 00:13:44
              Capital One Auto Finance Department,   C/O Ascension Capital Group Ltd,   PO Box 201347,
              Arlington, TX 76006-1347
9645672      +E-mail/Text: bkynotice@harvardcollect.com
              HARVARD COLLECTION SERVICES, INC.,   4839 NORTH ELSTON AVENUE,   CHICAGO, IL 60630-2589
9645673      +E-mail/Text: bkynotice@harvardcollect.com                         Harvard Collections,
              4839 N Elton,   Chicago, IL 60630-2589
                                                                                           TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Chaya D Williams
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,    Waukegan, IL 60085-4216
9645663*      Chicago Municipal Ct. 1st Dist.,   Daley Center,   CHICAGO, IL 60602
9645689*    ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: NCO-MEDCLR,   P.O. Box 8547,   Philadelphia, PA 19101)
9645702*     +United Collection Bureau, Inc.,   5620 Southwyck Blvd.,   Suite 206,   Toledo, OH 43614-1501
                                                                                        TOTALS: 1, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: lhatch          Page 2 of 2          Date Rcvd: Apr 28, 2010
Case: 05-30415               Form ID: pdf006        Total Noticed: 48
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2010**                    **Signature:**