UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 05-30415
§
DONNA PARKER §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $5,345.00 | Assets Exempt: | $1,950.00 |
| Total Distributions to Claimants: | $1,341.32 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $13,660.97 | | |

3) Total gross receipts of $15,002.29 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $15,002.29 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,261.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $38,198.97 | $13,660.97 | $13,660.97 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $57,416.00 | $5,451.03 | $5,451.03 | $1,341.32 |
| **Total Disbursements** | $63,677.00 | $43,650.00 | $19,112.00 | $15,002.29 |

4). This case was originally filed under chapter 7 on 08/03/2005. The case was pending for 61 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/15/2010</u>                    By:   <u>/s/ David P. Leibowitz</u>
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Adversary Leibowitz v. Mrozek et al | 1249-000 | $15,000.00 |
| Interest Earned | 1270-000 | $2.29 |
| **TOTAL GROSS RECEIPTS** | | **$15,002.29** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Auto Finance | 4110-000 | $6,261.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,261.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $2,250.09 | $2,250.09 | $2,250.09 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $464.96 | $464.96 | $464.96 |
| Clerk Of Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $34,538.00 | $10,000.00 | $10,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $695.92 | $695.92 | $695.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$38,198.97** | **$13,660.97** | **$13,660.97** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RMI/MCSI | 7100-000 | $125.00 | $125.00 | $125.00 | $30.76 |
| 2 | United Collection Bureau, Inc. | 7100-000 | $173.00 | $173.00 | $173.00 | $42.57 |
| 3 | Capital One Auto Finance | 7100-000 | NA | $3,429.20 | $3,429.20 | $843.81 |
| 4 | Midland Credit Management | 7100-000 | $395.00 | $405.24 | $405.24 | $99.72 |
| 5 | Midland Credit Management | 7100-000 | $1,302.00 | $1,318.59 | $1,318.59 | $324.46 |
|  | AA Rayner Funeral Home | 7100-000 | $1,211.00 | NA | NA | $0.00 |
|  | Aronson Furniture | 7100-000 | $1,868.00 | NA | NA | $0.00 |
|  | Capital One Bank | 7100-000 | $2,511.00 | NA | NA | $0.00 |
|  | Capital One Bank | 7100-000 | $1,819.00 | NA | NA | $0.00 |
|  | Chicago Municipal Ct. 1st Dist. | 7100-000 | $894.00 | NA | NA | $0.00 |
|  | Chicago Municipal Ct. 1st Dist. | 7100-000 | $894.00 | NA | NA | $0.00 |
|  | CITI | 7100-000 | $3,761.00 | NA | NA | $0.00 |
|  | Citi | 7100-000 | $4,386.00 | NA | NA | $0.00 |
|  | Credit Protection Association | 7100-000 | $266.00 | NA | NA | $0.00 |
|  | Evergreen Finance | 7100-000 | $3,836.00 | NA | NA | $0.00 |
|  | First national Bank of America | 7100-000 | $894.00 | NA | NA | $0.00 |
|  | First National Bank of Marin | 7100-000 | $893.00 | NA | NA | $0.00 |
|  | First Premier Bank | 7100-000 | $434.00 | NA | NA | $0.00 |
|  | FRD Motor cr | 7100-000 | $7,145.00 | NA | NA | $0.00 |
|  | HARVARD COLLECTION SERVICES, | 7100-000 | $262.00 | NA | NA | $0.00 |
|  | Harvard Collections | 7100-000 | $262.00 | NA | NA | $0.00 |
|  | HHLD Bank | 7100-000 | $566.00 | NA | NA | $0.00 |
|  | Inovision | 7100-000 | $495.00 | NA | NA | $0.00 |
|  | Lou Harris Company | 7100-000 | $226.00 | NA | NA | $0.00 |
|  | LSE/Summit Acceapt | 7100-000 | $8,172.00 | NA | NA | $0.00 |
|  | Marlinit | 7100-000 | $117.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Midland | 7100-000 | $1,296.00 | NA | NA | $0.00 |
| Midland Credit Management | 7100-000 | $1,286.00 | NA | NA | $0.00 |
| Midland Credit Management | 7100-000 | $397.00 | NA | NA | $0.00 |
| Nationawide Credit Inc | 7100-000 | $278.00 | NA | NA | $0.00 |
| Nationwide Credit in | 7100-000 | $1,901.00 | NA | NA | $0.00 |
| Nationwide Credit Inc | 7100-000 | $1,901.00 | NA | NA | $0.00 |
| Nationwide credit inc | 7100-000 | $278.00 | NA | NA | $0.00 |
| NCO-MEDCLR | 7100-000 | $298.00 | NA | NA | $0.00 |
| NCO-MEDCLR | 7100-000 | $287.00 | NA | NA | $0.00 |
| ONB Finance Co | 7100-000 | $1,130.00 | NA | NA | $0.00 |
| ONB Finance Company | 7100-000 | $1,868.00 | NA | NA | $0.00 |
| OSI | 7100-000 | $298.00 | NA | NA | $0.00 |
| OSI Collection | 7100-000 | $287.00 | NA | NA | $0.00 |
| Park Danson | 7100-000 | $173.00 | NA | NA | $0.00 |
| Peoples Energy | 7100-000 | $813.00 | NA | NA | $0.00 |
| Portfolio Acquistions | 7100-000 | $1,170.00 | NA | NA | $0.00 |
| Providian Financial | 7100-000 | $389.00 | NA | NA | $0.00 |
| Russell Collection A | 7100-000 | $136.00 | NA | NA | $0.00 |
| The university of Chicago Hospital | 7100-000 | $150.00 | NA | NA | $0.00 |
| United Collection Bureau, Inc. | 7100-000 | $173.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $57,416.00 | $5,451.03 | $5,451.03 | $1,341.32 |

**FORM 1** Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 05-30415 | Trustee Name: | David Leibowitz |
| Case Name: | PARKER, DONNA | Date Filed (f) or Converted (c): | 08/03/2005 (f) |
| For the Period Ending: | 10/15/2010 | §341(a) Meeting Date: | 09/06/2005 |
| | | Claims Bar Date: | 01/03/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  HOUSEHOLD GOODS AND FURNISHINGS | $400.00 | $0.00 | DA | $0.00 | FA |
| 2  BOOKS AND ART OBJECTS | $50.00 | $0.00 | DA | $0.00 | FA |
| 3  WEARING APPAREL | $100.00 | $0.00 | DA | $0.00 | FA |
| 4  FURS AND JEWELRY | $200.00 | $0.00 | DA | $0.00 | FA |
| 5  AUTOMOBILES AND OTHER VEHICLES | $4,595.00 | $0.00 | DA | $0.00 | FA |
| 6  Adversary Leibowitz v. Mrozek et al  **(u)** | $0.00 | $15,000.00 | | $15,000.00 | FA |
| **Asset Notes:** Preference lawsuit 07-645 | | | | | |
| INT  Interest Earned  **(u)** | Unknown | Unknown | | $2.29 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$5,345.00     $15,000.00     $15,002.29     $0.00

**Major Activities affecting case closing:**

settled litigation for $15,000 01/12/10

settled litigation for $15,000 01/12/10    House is vacant.

**Initial Projected Date Of Final Report (TFR):** 12/31/2007
**Current Projected Date Of Final Report (TFR):** 04/27/2010

| **Case No.** | 05-30415 | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | PARKER, DONNA | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******0441 | | **Money Market Acct #:** | ******0965 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 8/3/2005 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/15/2010 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********0965 | 9999-000 | $15,000.85 | | $15,000.85 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.71 | | $15,001.56 |
| 05/25/2010 | (INT) | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | $0.73 | | $15,002.29 |
| 05/25/2010 | | To Account #**********0966 | In preparation to distribution | 9999-000 | | $15,002.29 | $0.00 |
| | | | **TOTALS:** | | $15,002.29 | $15,002.29 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $15,000.85 | $15,002.29 | |
| | | | **Subtotal** | | $1.44 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1.44 | $0.00 | |

| **For the period of 8/3/2005 to 10/15/2010** | | **For the entire history of the account between 04/06/2010 to 10/15/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $1.44 | Total Compensable Receipts: | $1.44 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.44 | Total Comp/Non Comp Receipts: | $1.44 |
| Total Internal/Transfer Receipts: | $15,000.85 | Total Internal/Transfer Receipts: | $15,000.85 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $15,002.29 | Total Internal/Transfer Disbursements: | $15,002.29 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2
Exhibit 9

| Case No. | 05-30415 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | PARKER, DONNA | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******0441 | | | Checking Acct #: | ******0966 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 8/3/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/25/2010 | | From Account #**********0965 | In preparation to distribution | 9999-000 | $15,002.29 | | $15,002.29 |
| 05/25/2010 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $464.96, Trustee Expenses; Reference: | 2200-000 | | $464.96 | $14,537.33 |
| 05/25/2010 | 102 | Lakelaw | Dividend paid 100.00% on $10,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $10,000.00 | $4,537.33 |
| 05/25/2010 | 103 | Lakelaw | Dividend paid 100.00% on $695.92, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $695.92 | $3,841.41 |
| 05/25/2010 | 104 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $2,250.09, Trustee Compensation; Reference: | 2100-000 | | $2,250.09 | $1,591.32 |
| 05/25/2010 | 105 | Clerk Of Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | $250.00 | $1,341.32 |
| 05/25/2010 | 106 | RMI/MCSI | Dividend paid 24.60% on $125.00; Claim# 1; Filed: $125.00; Reference: 193225 | 7100-000 | | $30.76 | $1,310.56 |
| 05/25/2010 | 107 | United Collection Bureau, Inc. | Dividend paid 24.60% on $173.00; Claim# 2; Filed: $173.00; Reference: 8795740 | 7100-000 | | $42.57 | $1,267.99 |
| 05/25/2010 | 108 | Capital One Auto Finance | Dividend paid 24.60% on $3,429.20; Claim# 3; Filed: $3,429.20; Reference: 2396001/215353 | 7100-000 | | $843.81 | $424.18 |
| 05/25/2010 | 109 | Midland Credit Management | Dividend paid 24.60% on $405.24; Claim# 4; Filed: $405.24; Reference: 8504687583 | 7100-000 | | $99.72 | $324.46 |
| 05/25/2010 | 110 | Midland Credit Management | Dividend paid 24.60% on $1,318.59; Claim# 5; Filed: $1,318.59; Reference: 8505765419 | 7100-000 | | $324.46 | $0.00 |

**SUBTOTALS** $15,002.29 $15,002.29

FORM 2

Page No: 3

Case 05-30415    Doc 42    Filed 10/15/10    Entered 10/15/10 11:12:09    Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Document      Page 9 of 11

| Case No. | 05-30415 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PARKER, DONNA | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******0441 | | Checking Acct #: | ******0966 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 8/3/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $15,002.29 | $15,002.29 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $15,002.29 | $0.00 | |
|  |  |  | **Subtotal** |  | $0.00 | $15,002.29 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $0.00 | $15,002.29 | |

**For the period of 8/3/2005 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,002.29 |
| | |
| Total Compensable Disbursements: | $15,002.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,002.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/25/2010 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,002.29 |
| | |
| Total Compensable Disbursements: | $15,002.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,002.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4
FORM 2
Case 05-30415    Doc 42    Filed 10/15/10    Entered 10/15/10 11:12:09    Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 10 of 11
Exhibit 9

| Case No. | 05-30415 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | PARKER, DONNA | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******0441 | | | Money Market Acct #: | ******0965 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/3/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/19/2010 | (6) | Lawyers Title Insurance Corporation | | 1249-000 | $15,000.00 | | $15,000.00 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.08 | | $15,000.08 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.67 | | $15,000.75 |
| 04/06/2010 | | Wire out to BNYM account ********0965 | Wire out to BNYM account ********0965 | 9999-000 | ($15,000.85) | | ($0.10) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.10 | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($15,000.85) | $0.00 | |
| | | | **Subtotal** | | $15,000.85 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $15,000.85 | $0.00 | |

| **For the period of 8/3/2005 to 10/15/2010** | | **For the entire history of the account between 10/14/2009 to 10/15/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $15,000.85 | Total Compensable Receipts: | $15,000.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.85 | Total Comp/Non Comp Receipts: | $15,000.85 |
| Total Internal/Transfer Receipts: | ($15,000.85) | Total Internal/Transfer Receipts: | ($15,000.85) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 05-30415 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | PARKER, DONNA | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******0441 | **Money Market Acct #:** | ******0965 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 8/3/2005 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/15/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $15,002.29 | $15,002.29 | $0.00 |

**For the period of 8/3/2005 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $15,002.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,002.29 |
| Total Internal/Transfer Receipts: | $15,002.29 |
| | |
| Total Compensable Disbursements: | $15,002.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,002.29 |
| Total Internal/Transfer Disbursements: | $15,002.29 |

**For the entire history of the case between 08/03/2005 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $15,002.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,002.29 |
| Total Internal/Transfer Receipts: | $15,002.29 |
| | |
| Total Compensable Disbursements: | $15,002.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,002.29 |
| Total Internal/Transfer Disbursements: | $15,002.29 |